```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

|  |  |
|---|---|
| EDWARD SPANGLER and<br>DONNA JACONI,<br><br>       Plaintiffs,<br><br>   v.<br><br>CITY OF PHILADELPHIA,<br>DANIEL CASTRO, and<br>JACK FEINMAN,<br><br>       Defendants. | :    CIVIL ACTION<br>:    NO. 10-3434<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### O R D E R

**AND NOW**, this **21st** day of **May, 2012,** for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants City of Philadelphia and Jack Feinman's Motion for Summary Judgment (ECF No. 23) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Court will consider entering summary judgment in favor of Defendant Daniel Castro. See Fed. R. Civ. P. 56(f). Plaintiffs shall file a memorandum demonstrating the existence of any genuine disputes of material fact that preclude entry of summary judgment in favor of Defendant Castro by **June 4, 2012.** If Plaintiffs file a memorandum, Defendant may respond by **June 18, 2012.**

**AND IT IS SO ORDERED.**

                              s/Eduardo C. Robreno
                              **EDUARDO C. ROBRENO, J.**